# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEITH THOMPSON, <br> Plaintiff, <br><br> v. <br><br> IRELAND, et al, <br> Defendants. | ) ) ) ) ) ) ) ) ) | C.A. No. 13-150 Erie |

## **MEMORANDUM ORDER**

This prisoner civil rights action was received by the Clerk of Court on June 5, 2013, and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates. The magistrate judge's report and recommendation, issued on July 25, 2014, recommended that Defendants' Motion to Dismiss, or In the Alternative, Motion for Summary Judgment [20] be granted and that this case be dismissed. Service was made on Plaintiff by mail at FCI Schuylkill, where he is incarcerated, and on Defendants. No objections were filed. After de novo review of the petition and documents in the case, together with the report and recommendation, the following order is entered:

AND NOW, this 21st Day of August, 2014;

IT IS HEREBY ORDERED that Defendants' Motion to Dismiss, or In the

Alternative, Motion for Summary Judgment [20] is GRANTED and that this case is DISMISSED. The report and recommendation of Magistrate Judge Baxter, issued July 25, 2014, is adopted as the opinion of the court.

8-21-14

MARK R. HORNAK
United States District Judge

cc: Susan Paradise Baxter
U.S. Magistrate Judge

all parties of record